**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| In re: NADEJDA BARRETT | ) | Case No.: 09-82239-JAC-7 |
| SSN: xxx-xx-6802 | ) | |
| | ) | |
| Debtor. | ) | Chapter 7 |

## ORDER ON MOTION FOR RELIEF FROM STAY FILED BY US BANK, N.A.

This matter came before the Court on the Motion for Relief from Stay filed by US BANK, N.A. as to certain real property located at 24800 Perdido Beach, Orange Beach, AL 36561. The Trustee has made it known to the Movant that it appears there is equity in the subject property that could be liquidated for the benefit of the creditors. The Movant and the Trustee have informed the Court that an agreement has been reached whereby the automatic stay shall remain in effect for a certain period of time to allow the Trustee an opportunity to liquidate the equity and satisfy the Movant's claim from the sale proceeds, if successful. Having been informed of said agreement, it is therefore

**ORDERED**, **ADJUDGED** and **DECREED** that the automatic stay shall remain in full force and effect with respect to the subject property until the Trustee abandons the subject property or until May 7, 2010, whichever occurs first, at which time the automatic stay shall lift without further order of the Court for Movant to proceed with foreclosure and any and all other state law remedies.

DONE AND ORDERED **THIS DAY NOVEMBER 24, 2009**

                   **/S/ JACK CADDELL**
                   **JACK CADDELL**
                   **U.S. BANKRUPTCY JUDGE**

This document was prepared by:
DIANE MURRAY
SIROTE & PERMUTT, P.C.
P.O. Box 55887
Birmingham, Alabama 35255-5887
Telephone: (205) 930-5257